# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE AVID GROUP, LLC,<br><br>  Plaintiff(s),<br><br>v.<br><br>ARIXA ANIMAL DIAGNOSTICS, INC., et al.,<br><br>  Defendant(s). | Case No. 2:24-cv-01470-JCM-NJK<br><br>**Order**<br><br>[Docket No. 13] |

Pending before the Court is a stipulation to extend Defendants' deadline to respond to the complaint. Docket No. 13. The stipulation indicates that more time is needed because the complaint is lengthy and Defendants "finally retained" local counsel. *Id.* at 1-2. The record reflects that Defendants waived service two months ago with the assistance of out-of-state counsel. Docket No. 9. The stipulation provides no explanation as to why there has not already been ample time for that attorney to formulate a response to the complaint. The stipulation also provides no reason why this stipulation could not have been filed before the subject deadline. Lastly, it should not generally take two months to retain local counsel and no explanation is advanced as to why it took so long in this case. As a one-time courtesy, the Court will allow the extension. Moving forward, however, counsel and the parties must ensure that they take all reasonable steps to meet applicable deadlines. In addition, the subject deadline to respond to the complaint will not be extended any further. Subject to the above caveats, the stipulation to extend time is **GRANTED**. The deadline to respond to the complaint is **EXTENDED** to October 30, 2024.

IT IS SO ORDERED.

Dated: October 24, 2024

  Nancy J. Koppe
  United States Magistrate Judge