# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE AVID GROUP, LLC,<br>　　　Plaintiff(s),<br>v.<br>ARIXA ANIMAL DIAGNOSTICS, INC., et al.,<br>　　　Defendant(s). | Case No. 2:24-cv-01470-JCM-NJK<br>**Order**<br>[Docket No. 2] |

Pending before the Court is Plaintiff's motion to redact the complaint. Docket No. 2. Now that Defendants have appeared to respond to the complaint, Docket No. 16, the Court also orders that any response to the motion to redact the complaint must be filed by November 14, 2024, and any reply must be filed by November 21, 2024.

IT IS SO ORDERED.

Dated: October 31, 2024

　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　United States Magistrate Judge

1