Patrick G. Byrne
Nevada Bar No. 007636
Aleem A. Dhalla, Esq.
Nevada Bar No. 14188
**SNELL & WILMER L.L.P.**
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135-1865
Telephone:  702.784.5200
Facsimile:  702.784.5252
Email: pbyrne@swlaw.com
           adhalla@swlaw.com

Brian J. Foster, #012143
(Admitted *pro hac vice*)
**FOSTER LAW PARTNERS**
4402 N. 36th Street, Suite 127
Phoenix, AZ 85018
Tel:   (602) 509-7345
E-mail: brian@fosterlawpartners.com

*Attorney for Defendants/Counterclaimant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE AVID GROUP, LLC,<br><br>              Plaintiff,<br>      v.<br><br>ARIXA ANIMAL DIAGNOSTICS, INC.;<br>AVIANA HOLDINGS, INC.; AND AVIANA<br>MOLECULAR TECHNOLOGIES, LLC,<br><br>              Defendants. | Case No. 2:24-cv-01470-JCM-NJK<br><br>**STIPULATION TO EXTEND THE DATE FOR DEFENDANTS/ COUNTERCLAIMANT TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A REDACTED VERSION OF THE COMPLAINT**<br><br>**(First Request)** |

- 1 -

- 2 -

ARIXA ANIMAL DIAGNOSTICS, INC.,

        Counterclaimant,

v.

THE AVID GROUP, LLC.

        Counter-Defendant.

      Defendants Arixa Animal Diagnostics, Inc., Aviana Holdings, Inc. and Aviana Molecular Technologies, LLC and Counterclaimant Arixa Animal Diagnostics, Inc. (collectively, "Defendants") and Plaintiff The AViD Group, LLC ("Plaintiff") hereby stipulate and agree as follows:

      1.    Plaintiff filed a redacted version of its Complaint against Defendants (ECF No. 1) on August 9, 2024.

      2.    That same day, Plaintiff filed a Motion for Leave to File a Redacted Version of the Complaint. ECF No. 2.

      3.    An unredacted version of the Complaint was temporarily sealed. ECF No. 3.

      4.    On October 31, 2024, Magistrate Judge Nancy J. Koppe issued an Order directing Defendants to file any response to the Motion for Leave to File a Redacted Version of the Complaint by November 14, 2024, with any reply to be filed by Plaintiff by November 21, 2024. ECF No. 18.

      5.    The Parties are discussing the scope of the Mutual Non-Disclosure Agreement, dated June 21, 2021, which is the basis for Plaintiff's Motion for Leave to File a Redacted Version of the Complaint, and its applicability to the allegations redacted in the Complaint. The Parties are also discussion a potential stipulated protective order, which may allow the Parties to better tailor their respective confidentiality concerns for this litigation in place of the broad Mutual Non-Disclosure Agreement.

- 2 -

6. To allow the Parties additional time to work through these issues, the Parties hereby stipulate to extend the deadline for Defendants to respond to the Motion for Leave to File a Redacted Version of the Complaint by one week, until November 21, 2024, with any reply to be filed by Plaintiff to be due by December 2, 2024.

7. This is the first request for additional time to respond to the Motion for Leave to File a Redacted Version of the Complaint.

**IT IS SO STIPULATED**.

DATED this 14th day of November, 2024.

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

By: */s/ Eric D. Walther w/permission*
   Eric D. Walther
   Arthur A. Zorio
   Emily L. Dyer
   100 N. City Parkway, Suite 1600
   Las Vegas, NV 89106
   *Attorneys for Plaintiff*

**SNELL & WILMER, L.L.P.**

By: */s/Aleem A. Dhalla*_____
   Aleem A. Dhalla
   Patrick G. Byrne
   1700 South Pavilion Center Drive, Suite 700
   Las Vegas, NV 89135

**FOSTER LAW PARTNERS**

By: */s/ Brian J. Foster*_____
   Brian J. Foster [Admitted pro hac vice]
   4402 N. 36th Street, Suite 127
   Phoenix, AZ 85018
   *Attorneys for Defendants/Counterclaimant*

**IT IS SO ORDERED.**

_____
Nancy J. Koppe
United States Magistrate Judge

Dated  November 15, 2024

- 3 -