ERIC D. WALTHER, ESQ., Nevada Bar No. 13611
ARTHUR A. ZORIO, ESQ., Nevada Bar No. 6547
EMILY L. DYER, ESQ., Nevada Bar No. 14512
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: 702.382.2101
Facsimile: 702.382.8135
ewalther@bhfs.com
azorio@bhfs.com
edyer@bhfs.com

*Attorneys for Plaintiff/Counter-Defendant
The AViD Group, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE AVID GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ARIXA ANIMAL DIAGNOSTICS, INC.;<br>AVIANA HOLDINGS, INC.; and AVIANA<br>MOLECULAR TECHNOLOGIES, LLC.<br><br>Defendants. | Case No. 2:24-cv-01470-JCM-NJK<br><br><br>**STIPULATION AND ORDER TO CONFIRM DEADLINE TO AMEND COUNTERCLAIM AND SET DEADLINES TO RESPOND THERETO**<br><br>**(FIRST REQUEST)** |
| ARIXA ANIMALS DIAGNOSTICS, INC.<br><br>Counterclaimant,<br><br>v.<br><br>THE AVID GROUP, LLC.<br><br>Counter-Defendant. | |

Plaintiff/Counter-Defendant The AViD Group, LLC ("AViD"), by its attorneys, the law firm of Brownstein Hyatt Farber Schreck, LLP, and Defendant/Counterclaimant Arixa Animal Diagnostics, Inc. ("Arixa"), and Defendants Aviana Holdings, Inc. and Aviana Molecular Technologies, LLC (collectively, "Defendants"), by their attorneys, the law firms of Snell & Wilmer, L.L.P. and Foster Law Partners, hereby stipulate and agree as follows:

1. On August 9, 2024, AViD filed its Complaint against all Defendants. ECF No. 1.

2. After being granted an extension to respond to the Complaint, ECF No. 14,

1  Defendants filed their Answer and Arixa filed its Counterclaim on October 31, 2024.  ECF No. 16.

2    3. The current deadline for AViD to respond to the Counterclaim is November 21,
3  2024.

4    4. On November 14, 2024, counsel for Arixa contacted counsel for AViD to advise
5  that Arixa intends to amend its Counterclaim by November 21, 2024, which is the deadline for
6  Arixa to amend as a matter of course under Fed. R. Civ. P. 15(a).

7    5. Because Arixa will be amending its Counterclaim as a matter of course under Rule
8  15(a), the parties have agreed to the following deadlines, subject to the Court's approval, which
9  will allow AViD to forego the time and expense of preparing a response to the original
10 Counterclaim:

11     a. Arixa will file its Amended Counterclaim on or before November 21, 2024;
12     b. The deadline for AViD to file a pleading or motion in response to the
13      Amended Counterclaim is December 6, 2024;
14     c. If applicable, the deadline for Arixa to file a response in opposition to a
15      motion filed by AViD is December 20, 2024;
16     d. If applicable, the deadline for AViD to file a reply in support of its motion
17      is January 9, 2025.

18   6. The parties submit that good cause exists – judicial economy and the preservation
19 of the time and resources of the parties – to grant this Stipulation.

20   7. This Stipulation is submitted in good faith and not filed for an improper purpose or
21 delay.

22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

- 2 -

31829473.2

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
100 North City Parkway, Suite 1600
Las Vegas, NV 89106

8. Based on the foregoing, the parties respectfully request that the Court grant the Stipulation and approve the deadlines outlined herein.

DATED this 18th day of November, 2024

BROWNSTEIN HYATT FARBER SCHRECK, LLP

BY: */s/ Eric D. Walther*
ERIC D. WALTHER, ESQ.
ewalther@bhfs.com
ARTHUR A. ZORIO, ESQ.
azorio@bhfs.com
EMILY L. DYER, ESQ.
edyer@bhfs.com

*Attorneys for Plaintiff/Counter-Defendant The AViD Group, LLC*

FOSTER LAW PARTNERS

BY: */s/ Brian J. Foster*
BRIAN J. FOSTER, ESQ.
(admitted pro hac vice)
brian@fosterlawpartners.com
4402 N. 36th Street, Suite 127
Phoenix, AZ 85018

SNELL & WILMER L.L.P.
PATRICK G. BYRNE, ESQ.
pbyrne@swlaw.com
ALEEM A. DHALLA, ESQ.
adhalla@swlaw.com
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135

*Attorneys for Defendants/Counterclaimant Arixa Animal Diagnostics, Inc., Aviana Holdings, Inc., and Aviana Molecular Technologies, LLC*

**IT IS SO ORDERED.**

_____
Nancy J. Koppe
United States Magistrate Judge

Dated November 19, 2024

- 3 -

31829473.2