# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE AVID GROUP, LLC,<br><br>　　Plaintiff(s),<br><br>v.<br><br>ARIXA ANIMAL DIAGNOSTICS, INC., et al.,<br><br>　　Defendant(s). | Case No. 2:24-cv-01470-JCM-NJK<br><br>**Order** |

Pending before the Court is an order to show cause why the unredacted version of the complaint should not be unsealed. Docket No. 38. Plaintiff filed a response indicating that secrecy is no longer sought for the redacted information. *See* Docket No. 43 at 2. In the same response, Plaintiff withdrew its motion for leave to redact its motion to dismiss. *See id.* Accordingly, the Clerk's Office is **INSTRUCTED** to unseal the complaint (Docket No. 3) and the motion to dismiss (Docket No. 33).

　　IT IS SO ORDERED.

　　Dated: January 16, 2025

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge