# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

THE AVID GROUP, LLC

Plaintiff(s),

vs.

ARIXA ANIMAL DIAGNOSTICS, INC.;
AVIANA HOLDINGS, INC.; and AVIANA
MOLECULAR TECHNOLOGIES, LLC.

Defendant(s).

Case #2:24-CV-01470-JCM-NJK

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____James E. Davis_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Ferguson Braswell Fraser Kubasta PC_____
(firm name)

with offices at _____2500 Dallas Parkway, Suite 600_____,
(street address)

_____Plano_____, _____Texas_____, _____75093_____,
(city)                        (state)                      (zip code)

_____(972) 378-9111_____, _____jdavis@fbfk.law_____.
(area code + telephone number)     (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

__Arixa Animal Diagnostics, Inc. (see addendum)__ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.  That since **May 4, 1990** (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of **Texas** (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4.  That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of Texas | May 4, 1990 | 05504200 |
| U.S. Court of Appeals 6th Circuit | June 6, 1989 | 05504200 |
| Western District of Texas | January 4, 1993 | 05504200 |
| Eastern District of Texas | May 3, 1993 | 05504200 |
| Northern District of Texas | August 23, 1989 | 05504200 |

5.  That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

Texas Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____Texas_____ )
                            )
COUNTY OF _____Collin_____ )

_____James E. Davis_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__19th__ day of __May__, __2025__.

STACI BEDNARSKI
Notary Public, State of Texas
Comm. Expires 04-12-2027
Notary ID 130184487

__Staci Bednarski__
Notary Public or Clerk of Court

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Aleem A. Dhalla_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____Snell & Wilmer L.L.P., 1700 S. Pavilion Center Drive, #700_____,
(street address)

__Las Vegas__, __Nevada__, __89135__,
(city)    (state)    (zip code)

__(702) 784-5200__, __adhalla@swlaw.com__.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) ___Aleem A. Dhalla___ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

___See Addendum___
(party's signature)

_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_[signature]_
Designated Resident Nevada Counsel's signature

14188                    adhalla@swlaw.com
Bar number               Email address

APPROVED:

Dated: May 21, 2025.

_[signature] James C. Mahan_
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

## ADDENDUM

2.    That Petition has been retained personally or as a member of the law firm by Arixa Animal Diagnostics, Inc.; Aviana Holdings, Inc.; and Aviana Molecular Technologies, LLC.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) Aleem A. Dhalla as his/her/their Designated Resident Nevada Counsel in this case.

Arixa Animal Diagnostics, Inc.

_____
Vanaja V. Ragavan, MD, President

Aviana Holdings, Inc.

_____
Vanaja V. Ragavan, MD, President and CEO

Aviana Molecular Technologies, LLC

_____
Vanaja V. Ragavan, MD, Managing Member

# The Supreme Court of Texas

AUSTIN
---
CLERK'S OFFICE

    **I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**James E. Davis**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 4th day of May, 1990.

    I further certify that the records of this office show that, as of this date

**James E. Davis**

is presently enrolled with the State Bar of Texas as an active member in good standing.

    **IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 8th day of May, 2025.

BLAKE HAWTHORNE, Clerk



Clerk, Supreme Court of Texas

No. 8198C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.