# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE AVID GROUP, LLC,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>ARIXA ANIMAL DIAGNOSTICS, INC., et al.,<br><br>　　　Defendant(s). | Case No. 2:24-cv-01470-JCM-NJK<br><br>**Order**<br><br>[Docket No. 47] |

　　　Pending before the Court is a "notice" of substitution of counsel for Defendants/Counterclaimant. Docket No. 47. "A stipulation to substitute attorneys must be signed by the newly-appearing attorneys, the withdrawing attorneys, and the represented client and be approved by the court." Local Rule IA 11-6(c); *see also* https://www.nvd.uscourts.gov/wp-content/uploads/2018/06/Substitution-of-Attorney.pdf (form to request substitution of attorneys). The instant substitution request lacks all of the required signatures. Accordingly, the request to substitute is **DENIED** without prejudice.

　　　IT IS SO ORDERED.

　　　Dated: June 23, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1