# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

The Avid Group, LLC,

    Plaintiff(s),

v.

Arixa Animal Diagnostics, Inc., et al.,

    Defendant(s).

Case No. 2:24-cv-01470-JCM-NJK

**Order**

[Docket No. 58]

Pending before the Court is Snell & Wilmer's motion to withdraw as local counsel. Docket No. 58. For good cause shown, the motion to withdraw is **GRANTED**. Unless dismissal papers have been filed in the interim, *see* Docket No. 60, Defendants/Counter-claimants must retain local counsel and have that local counsel file a notice of appearance by February 6, 2026.

IT IS SO ORDERED.

Dated: January 9, 2026

_____
Nancy J. Koppe
United States Magistrate Judge