ERIC D. WALTHER, ESQ., Nevada Bar No. 13611
ARTHUR A. ZORIO, ESQ., Nevada Bar No. 6547
EMILY L. DYER, ESQ., Nevada Bar No. 14512
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: 702.382.2101
Facsimile: 702.382.8135
ewalther@bhfs.com
azorio@bhfs.com
edyer@bhfs.com

*Attorneys for Plaintiff/Counter-Defendant*
*The AViD Group, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE AVID GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ARIXA ANIMAL DIAGNOSTICS, INC.;<br>AVIANA HOLDINGS, INC.; and AVIANA<br>MOLECULAR TECHNOLOGIES, LLC.<br><br>Defendants. | Case No. 2:24-cv-01470-JCM-NJK<br><br><br>**STIPULATION AND ORDER FOR<br>DISMISSAL WITH PREJUDICE** |
| ARIXA ANIMALS DIAGNOSTICS, INC.<br><br>Counterclaimant,<br><br>v.<br><br>THE AVID GROUP, LLC.<br><br>Counter-Defendant. | |

Plaintiff/Counter-Defendant The AViD Group, LLC ("AViD"), and Defendant/Counterclaimant Arixa Animal Diagnostics, Inc. ("Arixa") and Defendants Aviana Holdings, Inc. and Aviana Molecular Technologies, LLC (collectively "Defendants" and together with AViD, the "Parties") hereby stipulate and agree to the dismissal of this action, including AViD's Complaint and Arixa's Counterclaim, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rule of Civil Procedure, subject to the terms of that certain agreement titled "Settlement Agreement and Mutual Release," dated February 9, 2026. This dismissal is made with prejudice, and each party

<div style="writing-mode: vertical-rl">BROWNSTEIN HYATT FARBER SCHRECK, LLP<br>Attorneys at Law<br>100 North City Parkway, Suite 1600<br>Las Vegas, NV 89106</div>

shall bear its own attorneys' fees and costs, subject to the parties' Settlement Agreement and Mutual Release.

DATED this 12th day of February, 2026.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

BY:    /s/ Eric D. Walther
ERIC D. WALTHER, ESQ.
ewalther@bhfs.com
ARTHUR A. ZORIO, ESQ.
azorio@bhfs.com
EMILY L. DYER, ESQ.
edyer@bhfs.com

*Attorneys for Plaintiff/Counter-Defendant The AViD Group, LLC*

FERGUSON BRASWELL FRASER KUBASTA PC

BY:    /s/ James E. Davis
JAMES E. DAVIS, ESQ. (*admitted pro hac vice*)
jdavis@fbfk.law
2500 Dallas Parkway, Suite 600
Plano, Texas 75093

*Attorneys for Defendants/Counterclaimant Arixa Animal Diagnostics, Inc., Aviana Holdings, Inc., and Aviana Molecular Technologies, LLC*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

Dated    February 19, 2026
_____

- 2 -

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
100 North City Parkway, Suite 1600
Las Vegas, NV 89106